UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

*In re*:                                                                                                      Chapter 7

      CHRISTINE PERSAUD,                                                       Case No: 10-44815-ess

            Debtor.

------------------------------------------------------------x

ABRAHAM KLEIN,

            Plaintiff,
                                                             Adv. Pro. No. 11-1456-ess

  -against-

JOHN S. PEREIRA, CHAPTER 7 TRUSTEE
FOR DEBTOR CHRISTINE PERSAUD,

            Defendant.

------------------------------------------------------------x

JOHN S. PEREIRA, CHAPTER 7 TRUSTEE
OF THE ESTATE OF CHRISTINE PERSAUD,

            Plaintiff,                                                  Adv. Pro. No. 12-1176-ess

  -against-

ABRAHAM KLEIN, CARING LHCSA, LLC,
JOHN DOES NO. 1 THROUGH JOHN DOE NO. 5,
*Inclusive*, and JANE DOE NO. 1 THROUGH JANE
DOE NO. 5 *inclusive*,

            Defendants.

------------------------------------------------------------x

## NOTICE OF APPEAL

      Abraham Klein, a Creditor in Case No. 10-44815-ess, a Plaintiff/Defendant-in-Counterclaim in Adv. Pro. No. 11-1456-ess, and Defendant in Adv. Pro. No. 12-1176-ess, and Caring LHCSA, LLC a Defendant in Adv. Pro. No. 12-1176-ess appeal under 28 U.S.C §

158(a)(1) from the order or decree of the bankruptcy judge wherein the Court (Hon. Elizabeth S. Song) issued an Order on the 17th of August, 2012 (Docket No. 16), denying Defendant Abraham Klein and Defendant Caring LHCSA, LLC's motion pursuant to Bankruptcy Rule 7012(b)(6) to dismiss the Chapter 7 Trustee's Adversary Proceeding (Adv. Pro. No. 12-1176-ess).

The names of all the parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their respective attorneys are as follows:

Mendel Zilberg
Mendel Zilberg & Associates, P.C.
6619 Thirteenth Avenue
Brooklyn, New York 11219

John S. Pereira
Pereira & Sinisi
405 Lexington Avenue
7th Floor
New York, NY 10174

John Campo
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

Stephen N. Preziosi
570 Seventh Avenue, 6th Floor
New York, NY 10018

Christine Persaud
86-25 Van Wyck Expressway, Apt. 506
Jamaica, NY 11435

Neil R. Flaum
Flaum & Associates, P.C.
369 Lexington Avenue
Suite 1201
New York, NY 10017

Samuel J. Landau
250 West 57th Street
New York, NY 10107

Abraham Klein
1260 57th Street
Brooklyn, NY 11219


Dated: Brooklyn, New York
       August 31, 2012

                                    MENDEL ZILBERBERG & ASSOCIATES, P.C.
                                    *Attorneys for Abraham Klein*

                              By:    s/Mendel Zilberberg_____
                                      Mendel Zilberberg (MZ-6625)
                                      6619 Thirteenth Avenue
                                      Brooklyn, New York 11219
                                      Tel. (718) 256-2000 / Fax (718) 256-7900
                                      Email: mz@amalgamail.com