**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------x
In re:

Christine Persaud                                         Case No. 10-44815-ess

                                                                              Chapter 7

                                              Debtor(s)
---------------------------------------------x

John S. Pereira, Chapter 7 Trustee of the
Estate of Christine Persaud

                                                          Adv. Proc. No. 12-1176-ess

                                   Plaintiff(s)
                 V.

Abraham Klein, Caring LHCSA, LLC
John Does No 1 through John Doe No 5
inclusive and Jane Doe No 1 through
Jane Doe No 5 inclusive

                                   Defendant(s)
---------------------------------------------x

### TRANSMITTAL OF RECORD ON MOTION FOR LEAVE TO APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

  A Notice of Appeal having been filed on August 31, 2012 by Mendel Zilberberg on behalf of Abraham Klein and Caring LHCSA, LLC from an Order dated August 17, 2012 denying Motion to Dismiss Adversary.

  A Motion for Leave to Appeal was also filed **on September 4, 2012.**

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8007(b):

    1. Motion for Leave to Appeal filed September 4, 2012

    2. Affidavit of Service filed September 5, 2012

    3. Notice of Appeal filed August 31, 2012

    4. Civil Cover Sheet filed September 4, 2012

    5. Cross Appeal filed September 14, 2012


                                             **ROBERT A GAVIN, JR., CLERK OF COURT**

                                             **By:**  <u>s/M. Alleyne</u>
                                                      **Appeals Clerk**

Dated: Brooklyn, New York
       September 18, 2012